**Exhibit A to the Complaint**

**Location:** St. Petersburg, FL  
**Total Works Infringed:** 41  
**IP Address:** 70.126.192.176  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | Vixen | 01/15/2019 05:13:00 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 2 | 02800763AFE8EEA86F468C93B686BAF9C9CC3A3B | Tushy | 01/02/2019 12:31:44 | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 3 | 143ED56E751B662F727B52D79C441FBCC16BB177 | Blacked | 12/21/2018 06:29:40 | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 4 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | Vixen | 01/05/2019 13:36:10 | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 5 | 20BE11C2502D5A25646B7110C3B3EBBB91DA5D2A | Blacked Raw | 12/11/2018 22:37:14 | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 6 | 218389A192F0C2BBBE63E07136D2CF3902787001 | Vixen | 01/15/2019 04:37:18 | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 7 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | Tushy | 01/05/2019 22:35:30 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 8 | 2CB9141F13EA85096BC504ED39E5CBCD25983B19 | Vixen | 01/05/2019 22:29:42 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | Blacked | 12/22/2018 19:45:03 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 10 | 3C6D5785FDC3A9947EA11D9923048076FDE43B96 | Blacked Raw | 01/05/2019 22:25:32 | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 11 | 4565CA245E7615875CF6103EF72459933D90A612 | Blacked | 01/16/2019 20:58:58 | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 12 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | Blacked Raw | 12/21/2018 05:22:52 | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 13 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | Blacked Raw | 01/18/2019 01:22:18 | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 14 | 4A73BB5D1D6C9CB1E7384CFB453363D873EC1FCB | Blacked | 12/18/2018 11:45:59 | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 15 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/18/2018 19:42:45 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 16 | 524F82340C2DB6CDF1DD292204ADAF0F98672DC8 | Blacked Raw | 12/22/2018 19:20:32 | 11/18/2018 | 12/10/2018 | PA0002146476 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 53DD9DA9E0B24B4961098D0683C348309445E260 | Vixen | 12/26/2018 20:07:16 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 18 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 01/05/2019 22:28:10 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 19 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | Blacked Raw | 01/12/2019 12:15:49 | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 20 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | Vixen | 12/21/2018 05:44:24 | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 21 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 12/18/2018 11:24:12 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 22 | 7BD2BFDA3A80BB7D7CCD177EB3EA4FE086597C61 | Blacked | 02/01/2019 04:33:12 | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 23 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | Blacked | 12/12/2018 12:49:56 | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 24 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | Blacked Raw | 01/15/2019 03:48:47 | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 25 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | Tushy | 01/22/2019 01:17:28 | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 26 | 8C66EB037AA13EF5404DD5106524B45219995A9C | Tushy | 02/07/2019 10:52:04 | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 27 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | Vixen | 01/15/2019 03:44:13 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 28 | 999119815B4658C0FF752B3646FF5241172A67B2 | Blacked Raw | 12/11/2018 20:12:19 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 29 | 9CF787EED06B89DD95D45F407DEB97558309C434 | Blacked | 01/06/2019 16:59:34 | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 30 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | Blacked | 12/22/2018 16:18:49 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 31 | B13AE94A241C9D4B473BBB3C26F761F76F55D935 | Tushy | 01/27/2019 05:02:05 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 32 | B2F1BFF0ABF8377051DA49DB02B26390000F08B1 | Tushy | 12/18/2018 11:25:15 | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 33 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 01/05/2019 22:38:46 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 34 | BFB0C6B34A693BC40981D11313056612733E3A70 | Tushy | 12/18/2018 11:22:45 | 11/17/2018 | 12/10/2018 | PA0002145827 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | Tushy | 12/21/2018 05:25:25 | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 36 | D33B55F4B260300934470B2571AA379EBBA73038 | Vixen | 12/20/2018 14:58:24 | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 37 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 01/05/2019 22:22:50 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 38 | EF02AFEB2245A98013AD7687C8F240BFBEB57402 | Vixen | 01/15/2019 05:07:27 | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 39 | F3AEAEE3E362C6C8FECFD2CC30E31391B9D500B7 | Tushy | 01/18/2019 01:58:58 | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 40 | F89A9CDC71B464844457ED4575F1E76F5B152542 | Vixen | 01/20/2019 13:37:15 | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 41 | FF487258F6D9E2E846445A223A569DF217B200E8 | Tushy | 01/05/2019 22:26:36 | 04/01/2018 | 04/17/2018 | PA0002116061 |