UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:19-cv-00784-SDM-CPT

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 70.126.192.176, an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 70.126.192.176, are voluntarily dismissed with prejudice.

Dated: July 12, 2019                  Respectfully submitted,

                                        GREENSPOON MARDER, LLP

                                        /s/ *Rachel E. Walker*_____
                                        RACHEL E. WALKER (FL Bar No. 111802)
                                        600 Brickell Avenue, Suite 3600
                                        Miami, FL 33131
                                        Telephone: (305) 789-2770
                                        Facsimile: (305) 537-3909
                                        Primary Email: Rachel.Walker@gmlaw.com
                                        Secondary Email: Gloria.Donaire@gmlaw.com

                                        *Attorneys for Plaintiff*