UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                              CASE NO. 8:19-cv-784-T-23CPT

JOHN DOE subscriber assigned IP
address 70.126.192.176,

    Defendant.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 14), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 18, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE